No. 70–5323. LEWIS *v.* CITY OF NEW ORLEANS. Appeal from Sup. Ct. La. Motion for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for reconsideration in light of *Gooding* v. *Wilson,* 405 U. S. 518 (1972).

MR. JUSTICE POWELL, concurring in the result.

Under *Chaplinsky* v. *New Hampshire,* 315 U. S. 568 (1942), the issue in a case of this kind is whether "fighting words" were used. Here a police officer, while in the performance of his duty, was called "g-- d--- m------ f-----" police.

If these words had been addressed by one citizen to another, face to face and in a hostile manner, I would have no doubt that they would be "fighting words." But the situation may be different where such words are addressed to a police officer trained to exercise a higher degree of restraint than the average citizen. See Model Penal Code § 250.1, Comments 14 (Tent. Draft No. 13, 1961).

I see no genuine overbreadth problem in this case for the reasons stated in my dissenting opinion in *Rosenfeld* v. *New Jersey, ante,* p. 903.

I would remand for reconsideration only in light of *Chaplinsky.*

[For dissenting opinion of MR. CHIEF JUSTICE BURGER, see *ante,* p. 902.]

[For dissenting opinion of MR. JUSTICE REHNQUIST, see *ante,* p. 909.]